FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 AUG 26  PM 4: 33

STEPHAN HARRIS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DAVID LACOSTE, as Wrongful Death Representative for Sherry K. Ohmer, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CRST EXPEDITED, INC., an Iowa Corporation, RICHARD HUFF, and JOHN DOES I-X<br><br>Defendants. | CIVIL No. 2:18-cv-00061-ABJ |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court upon a *Stipulated Motion to Dismiss With Prejudice*. The Court, being fully advised in the premises, finds good cause to support the motion. The parties, David LaCoste, as wrongful death representative for Sherry K. Ohmer, and Richard Huff having so stipulated;

IT IS HEREBY ORDERED, that the Stipulated Motion to Dismiss With Prejudice be, and hereby is, GRANTED and the above-captioned matter is hereby dismissed with prejudice, with parties to bear their own respective costs and attorneys' fees.

DONE AND DATED this 23rd day of Aug, 2019.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE